# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| ) | |
| v. ) | Criminal No. 3:13-00014 |
| ) | Judge Trauger |
| [2] SIGRID HELVIG ) | |
| ) | |

## O R D E R

It is hereby **ORDERED** that this case is set for a change of plea hearing on Tuesday, April 9, 2013, at 2:00 p.m.

It is so **ORDERED**.

ENTER this 2nd day of April 2013.

_____
ALETA A. TRAUGER
U.S. District Judge